
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/24/05

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| Directv, Inc. | Civil Action No. 6:04-114 |
| versus | Judge Tucker L. Melançon |
| Ronald James Lavergne | Magistrate Judge Methvin |

## DEFAULT JUDGMENT

On the 23rd day of August, 2005, the Court considered plaintiff, DIRECTV, Inc.'s, Motion for Default Judgment against defendant, RONALD JAMES LAVERGNE. Considering the request, the affidavits and other evidence on file, the Court finds the record supports default judgment. Therefore, the Court orders the clerk of this court to enter default judgment against defendant, RONALD JAMES LAVERGNE, in the sum of $3,750.00, with costs and disbursements in the amount of $284.98, and attorneys' fees in the sum of $250.00, amounting to the sum of $4,284.98, plus post judgment interest ant the legal rate in effect to accrue thereon form the date of this judgment forward until paid; and, that the Plaintiff have execution therefore.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 23rd day of August, 2005.

Tucker L. Melançon
United States District Judge